```
 1
 2
 3
 4
 5
 6
 7
 8                    IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  PATRICK WILLIAMS,
11           Plaintiff,              No. CIV S-11-0542 GGH P
12      vs.
13  J. BAL, et al.,
14           Defendants.             ORDER
15  _____/
```

Plaintiff has consented to the jurisdiction of the undersigned. See docket # 4, filed on March 10, 2011. By order filed April 25, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the April 25th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: June 20, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
will0542.ord